```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF MAINE

JOHN CHEUNG and SOUTH        )
GARDEN, INC.,                )
                             )
            Plaintiffs,      )
                             )
     v.                      )     Civil No. 04-127-B-W
                             )
JAMES WAMBOLT, JILL WAMBOLT, )
THE INHABITANTS OF THE TOWN  )
OF LINCOLN, and MICHAEL      )
KNIGHTS,                     )
                             )
            Defendants.      )
```

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on June 2, 2005 her Recommended Decision.  The Plaintiffs filed their objections to the Recommended Decision on June 13, 2005 and the Defendants filed their responses to those objections on June 16, 2005 and June 30, 2005.  I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge is hereby <u>AFFIRMED</u>.

2. It is further <u>ORDERED</u> that the Defendants' Motions for Summary Judgment (Docket Nos. 14 & 24) are <u>GRANTED</u>.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 5th day of July, 2005